MDP/de
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALFREDO NEIVES,

                Plaintiff

-against-

JUSTIN J. ERVIN and PARTY RENTALS 4U, LLC,

                Defendant.
----------------------------------------------------------X

**NOTICE OF REMOVAL**

**Supreme Court
Bronx County**

**Index No.:
811952/2022E**

**Demands Trial by Jury**

S I R S:

      PLEASE TAKE NOTICE, that the within is a true copy of a Notice of Removal filed in the above named Court.

    1.    This action is being removed from Supreme Court, New York County to the United States District Court for the Southern District of New York.

    2.    The basis for removal is 28 U.S.C. §1441(b).

    3.    The Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) in that the plaintiff, ALFREDO NEIVES, resides at 2148 Barnes Avenue, Apartment 412, Bronx, New York 10462 and is a citizen and resident of Bronx County New York; and defendants, JUSTIN J. ERVIN and PARTY RENTALS 4U, LLC, both reside at 35 Meadowbrook Lane, New Egypt, New Jersey 08533 and are citizens of Ocean County, New Jersey; and the matter in controversy exceeds the sum or value of $75,000.00 as set forth in plaintiff's August 15, 2022 Summons and Verified Complaint exclusive of interest and costs.

Dated: New York, New York
       September 15, 2022

                                  Yours, etc.,

                           BY:   *Marguerite D. Peck*
                                MARGUERITE D. PECK
                                DOWNING & PECK, P.C.
                                Attorneys for Defendants
                                55 MAPLE AVENUE - SUITE 308
                                Rockville Centre, New York 11570
                                212-514-9190

TO:    ALEXANDER UMANSKY, ESQ.
        Attorney for Plaintiff
        2125 Center Avenue - Suite 608
        Fort Lee, New Jersey 07024
        201-585-9300